■ In the Matter of CAROLYN RICHARDSON, Petitioner, v D. SCALISE, as Captain/Acting Deputy of Security, et al., Respondents. [849 NYS2d 824]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered August 20, 2007) to review a determination of respondents. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996 [1996]). Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA J. VANACORE, Appellant. [849 NYS2d 838]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered November 28, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree, robbery in the second degree and robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WENDELL DANIELS, Appellant. [849 NYS2d 869]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered December 22, 2005. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.